COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-013-CV

 

BILLY
W. O'REAR A/K/A BILL WINCHEL O'REAR                      APPELLANT

 

                                                   V.

 

CHERYL
O'REAR                                                                    APPELLEE

 

                                               ----------

             FROM
THE 367TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant=s Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue.

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED: May 11, 2006











[1]See Tex. R. App. P. 47.4.